133 F.3d 909
 Charles W. Hodanic
v.
Professional and Occupation Affairs of State of
Pennsylvania, Real Estate Commission of Pennsylvania,
Attorney Ruth D. Dunnewold for Real Estate Commission,
Attorney Steven Wennberg for Real Estate Commission, Valerie
J. Scanlon, Valerie J. Scanlon, Investigator for
Professional and Occupation Affairs of State of Pennsylvania
 NO. 97-3391
 United States Court of Appeals,
Third Circuit.
 Nov 17, 1997
 
 Appeal From: W.D.Pa. ,No.9602276 ,
 Standish, J.
 
 
 1
 Affirmed.